**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

THOMPSON BUILDING WRECKING COMPANY, INC., et al.

Plaintiffs,

v.                    1:07-CV-019

AUGUSTA, GEORGIA,

Defendant.

## ORDER

On July 28, 2010, this Court granted plaintiff's request for assignment of a special master and directed the parties to attempt to agree on an individual to serve in that role. *See* Doc. 104. The Court was pleased to see that the parties agreed on the appointment of Mr. Raymond Chadwick. *See* Doc. 105.

Mr. Chadwick has filed the requisite affidavit disclosing whether any grounds for disqualification exist under 28 U.S.C. § 455. *See* Doc. 106. The Court finds no basis for disqualification, and hereby appoints Mr. Chadwick special master in this case pursuant to Federal Rule of Civil Procedure 53.

Mr. Chadwick is directed and authorized by the Court to do the following: (1) review the documents, charts, and other evidence, that have been filed with the Court; (2) work directly with the parties to determine whether additional investigation is necessary; (3) set a schedule for and oversee any additional investigation; (4) based on the result of the document review and any additional investigation, make a recommendation to the Court as to which documents the Court should consider in evaluating the Motion for Contempt; (5) work with the parties to create one universal set of sequentially Bates labeled documents to which both parties will refer in any subsequent filings; (6) determine which documents of that set should be filed with the Court; and (7) make any other recommendations to the Court that he believes would aid in the orderly administration of this case.

Based on the recommendations from Mr. Chadwick, the Court will determine whether additional briefing will be permitted, and will set a schedule. Until that time, the Court's Order barring additional filings responding to or supplementing the Motion for Contempt remains in place.

As agreed by the parties, Mr. Chadwick's compensation shall be divided equally between the parties, and shall be discussed and negotiated directly with Mr. Chadwick prior to the commencement of his investigation.

The parties have suggested that the Court allow thirty (30) days for Mr. Chadwick's investigation. The Court doubts that thirty (30) days will be sufficient, but will defer to Mr. Chadwick's judgment once he has had the opportunity to consult with the parties. Mr. Chadwick is directed to update the Court on the status of the investigation and advise the Court of the estimated length of time needed for the investigation **WITHIN FIFTEEN (15) DAYS OF THIS ORDER**.

This 19th day of August, 2010.

*B. AVant Edenfield*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA